FILE COPY

RE: Case No. 15-0293                    DATE: 4/16/2015
    COA #: 13-13-00368-CV       TC#: DC-12-00869
STYLE: JOHN H. CARNEY & ASSOCIATES
    v. MICHAEL ROSELLINI, D.D.S.

Today the Supreme Court of Texas granted the motion for extension of time to file petition for review under TEX. R. APP. P. 53.7(f) in the above-referenced case. The petition for review is due to be filed no later than **May 18, 2015..**

MS. DORIAN E. RAMIREZ
CLERK, THIRTEENTH COURT OF
APPEALS
901 LEOPARD STREET, 10TH FLOOR
CORPUS CHRISTI, TX   78401